No. 78–5021.  GOLDSMITH v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 78–5065.  HURT v. LORTON COMPLEX ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 78–5097.  JANKO ET AL. v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 78–5103.  GILBERT v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 78–5112.  CERASE v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 78–5129.  NORRIS v. FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 77–5160.  SCHROEDER v. KILLORAN.  C. A. 7th Cir.  Certiorari denied.

No. 78–5163.  SPEARS v. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.  C. A. 5th Cir.  Certiorari denied.

No. 78–5172.  ARROYO-ANGULO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 78–5175.  BARKER v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 78–5201.  EPPERSON v. IOWA.  Sup. Ct. Iowa.  Certiorari denied.

No. 78–5237.  WILSON v. JAGO, CORRECTIONAL SUPERINTENDENT.  C. A. 6th Cir.  Certiorari denied.

No. 78–5241.  BONNER ET AL. v. WYRICK, WARDEN.  C. A. 8th Cir.  Certiorari denied.